# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| APPEAL OF CLEFT OF THE ROCK MINISTRIES IN REGARD TO PROPERTY SITUATE AT 501 E. 9TH AVENUE, BOROUGH OF MUNHALL, ALLEGHENY COUNTY, PENNSYLVANIA (BLOCK & LOT NO. 130-1-250 AND 130-1-252 OTHER INTERESTED PARTIES: BOROUGH OF MUNHALL, STEEL VALLEY SCHOOL DISTRICT<br><br>PETITION OF: CLEFT OF THE ROCK MINISTRIES | : No. 395 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.